IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEONARD RAY DAVIS,<br>    Defendant. | CRIMINAL FILE NO.<br>1:19-CR-376-4-TWT |

# ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 240] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 91] and Motion to Dismiss Count 5 [Doc. 100]. The Defendant in his Objections makes the same arguments that were rejected by the Magistrate Judge in the thorough and well-reasoned Report and Recommendation. The Government established probable cause to arrest the Defendant as "Smoke" and the Miranda waivers were valid. The Motion to Dismiss should be denied based upon binding Eleventh Circuit precedent. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 91] and Motion to Dismiss Count 5 [Doc. 100] are DENIED.

SO ORDERED, this <u>10th</u> day of November, 2021.

                                                THOMAS W. THRASH, JR.
                                                United States District Judge